1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RMP PROPERTIES, a Delaware limited liability company; HALLAIAN BROTHERS INVESTMENTS NO. 2, a California general partnership; YONG JEON dba S21 SUSHI & SAKE BAR,<br><br>　　　　Defendants. | No. 1:13-cv-01475-LJO-BAM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RMP PROPERTIES, A DELAWARE LIMITED LIABILITY COMPANY ONLY; ORDER** |

**WHEREAS**, defendant, RMP Properties, a Delaware Limited Liability Company ("RMP Properties") has not filed an answer, a motion to dismiss, a motion for summary judgment, or otherwise appeared in this action;

**WHEREAS**, no cross-claim or third party claim has been filed in this action;

**WHEREAS**, defendants Hallaian Brothers Investments No. 2 and Yong Jeon have not agreed to stipulate to the dismissal of RMP Properties;

///

///

///

PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RMP PROPERTIES, A DELAWARE LIMITED LIABILITY COMPANY ONLY; [PROPOSED] ORDER

Page 1

1   **NOW, THEREFORE**, Plaintiff hereby respectfully requests that Defendant RMP Properties, a Delaware Limited Liability Company, <u>only</u>, be dismissed without prejudice from this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated:  December 20, 2013                MOORE LAW FIRM, P.C.


                                         *Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorneys for Plaintiff
                                         Ronald Moore


### ORDER

Upon request of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that **Defendant RMP Properties, a Delaware Limited Liability Company <u>only</u>** be dismissed from this action without prejudice. The clerk is directed NOT to close this action.


IT IS SO ORDERED.

Dated:   **December 20, 2013**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RMP PROPERTIES, A DELAWARE LIMITED LIABILITY COMPANY ONLY; [PROPOSED] ORDER

Page 2