Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RMP PROPERTIES, a Delaware limited liability company, et al.,<br><br>　　　　　Defendants. | No.  1:13-cv-01475-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Hallaian Brothers Investments No. 2, a California general partnership; and Yong Jeon dba S21 Sushi & Sake Bar, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: March 13, 2014              MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff,
                                  Ronald Moore

Date: March 12, 2014              MILLER & AYALA

                                  */s/ Nathan S. Miller*
                                  Nathan S. Miller
                                  Attorneys for Defendants,
                                  Hallaian Brothers Investments No. 2, a California general partnership; and Yong Jeon dba S21 Sushi & Sake Bar

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 13, 2014**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE